FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 28 2006

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DYLAN THOME,<br><br>    Defendant. | Citation No. F2118274<br>Mag. No. MJ-06-4110-1<br><br>Order to Quash Summons,<br>Dismiss and Close Case |

The Court hereby orders that the Summons to appear issued to the above named defendant be quashed.

DATED this 28th day of July, 2006.

Michael W. Leavitt
United States Magistrate Judge

Notice Of Dismissal Without Prejudice - 1